PER CURIAM.
 

 Louis Oakley (defendant) appeals the final order entered by the trial court summarily denying his third motion for post-conviction relief, filed pursuant to rule 3.850 of the Florida Rules of Criminal Procedure. The denial was based on the conclusion that the defendant’s motion was untimely, successive, and meritless. We affirm. The defendant is warned that the filing of any additional successive and frivolous
 
 pro se
 
 petitions or appeals attacking his convictions and sentences entered in Ninth Judicial Circuit Court Case No. 48-2003-CF-2533-0 will result in the issuance of an order to show cause why he should not be denied further access to this court.
 
 See State v. Spencer,
 
 751 So.2d 47 (Fla. 1999).
 

 AFFIRMED.
 

 GRIFFIN, PALMER, and ORFINGER, JJ., concur.